FILED
CLERK, U.S. DISTRICT COURT

Dec 23, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTINE ANTHONY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BUENA VISTA HOME ENTERTAINMENT INC., et al. <br><br> Defendants. | Case No. 2:15-cv-09593-SVW-JPR <br><br> **Order on Timing of Motions Responding to Complaint** Judge: Hon. Stephen V. Wilson |

Pursuant to stipulation, IT IS HEREBY ORDERED that motions filed by Studio Defendants in response to the Complaint, including an anti-SLAPP motion under Cal. Code Civ. P. 425.16, shall be filed together by January 20, 2016. These dates shall control over either the 60-day time period for filing or the 30-day time period for hearing the motion provided by Cal. Code Civ. P. 425.16(f).

DATED: December 23, 2015

_____[signature]_____
Honorable Stephen V. Wilson
United States District Judge

29151848.1

PROPOSED ORDER ON TIMING OF MOTIONS